**Paul A. ALEXANDER Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49053.**

Missouri Court of Appeals,
Western District.

June 27, 1995.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM.

Movant sought to set aside guilty plea to numerous counts of assault, robbery and armed criminal action, where other counts were dismissed. His Rule 24.035 motion was denied without evidentiary hearing, where he alleged he was to be incarcerated in a place other than that of his actual confinement. Judgment affirmed. Rule 84.16(b).

**Edward ROLAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50300.**

Missouri Court of Appeals,
Western District.

June 27, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J. and
LOWENSTEIN and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion.

Affirmed. Rule 84.16(b).